FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARTINEZ, | CASE NO. CV11-02304 SVW (PLA) |
| Plaintiff, | JUDGMENT |
| vs. | |
| THE BEVERLY HILLS HOTEL AND BUNGALOWS EMPLOYEE BENEFIT TRUST EMPLOYEE WELFARE PLAN, | |
| Defendant. | |

1  This action came to trial before the Court on October 25, 2011, and was
2  submitted on the papers. On November 14, 2011, the Court issued its Findings of Fact
3  and Conclusions of Law; Entry of Final Judgment (Document 34) ("Order"), which
4  Order applies to and requires judgment against Plaintiff on all claims, including the
5  previously-stayed first cause of action, alleged in the Complaint.
6  Pursuant to the Order and good cause appearing, it is hereby ORDERED,
7  ADJUDGED AND DECREED that Judgment in this action (Case No. CV11-02304
8  SVW (PLA)) is entered in favor of Defendant The Beverly Hills Hotel and Bungalows
9  Employee Benefit Trust Employee Welfare Plan and against Plaintiff Ana Martinez who
10 shall take nothing from Defendant.

**IT IS SO ORDERED.**

DATED: 12/9/2011

_____
UNITED STATES DISTRICT JUDGE